**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01594-CR

**DAMON ROBERTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-17405-K**

## ORDER

Because appellant is not entitled to hybrid representation, we **DENY** his February 25, 2013 pro se motion to file supplemental brief. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).


/Douglas S. Lang/
DOUGLAS S. LANG
PRESIDING JUSTICE